Todd D. Carpenter (CA 234464)
    tcarpenter@carlsonlynch.com
Brittany C. Casola (CA 306561)
    bcasola@carlsonlynch.com
**CARLSON LYNCH SWEET**
**KILPELA & CARPENTER, LLP**
1350 Columbia Street, Suite 603
San Diego, California 92101
Telephone: (619) 762-1900
Facsimile: (619) 756-6991

*Attorneys for Plaintiff*

Jaikaran Singh (CA 201355)
    jsingh@foley.com
Mikle S. Jew (CA 316372)
    mjew@foley.com
**FOLEY & LARDNER LLP**
3579 Valley Centre Drive, Ste. 300
San Diego, CA 92130
Telephone: (858) 847-6700
Facsimile: (858) 792-6773

*Attorneys for Defendant*
*East West Tea Company, LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY COHEN, an individual on behalf of herself and all others similarly situated,<br><br>                         Plaintiff,<br><br>v.<br><br>EAST WEST TEA COMPANY, LLC, an Oregon Limited Liability Company, and DOES 1-50, inclusive,<br><br>                         Defendant. | Case No: 17CV2339-JLS-BLM<br><br>**JOINT MOTION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Janis L. Sammartino |

Plaintiff Sydney Cohen ("Plaintiff") and Defendant East West Tea Company, LLC ("Defendant") respectfully submit this Joint Motion for Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Plaintiff and Defendant hereby jointly move, in consideration of a negotiated settlement executed by them, to dismiss with prejudice the above-captioned action.

Date: March 1, 2019                    Respectfully submitted,

*/s/ Todd D. Carpenter*
**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
Todd D. Carpenter

*Attorneys for Plaintiff*

Date: March 1, 2019                    */s/ Jaikaran Singh*

**FOLEY & LARDNER LLP**
Jaikaran Singh

*Attorneys for Defendant East West Tea Company, LLC*

*I, Todd D. Carpenter, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signature of all parties for this document.*

*/s/ Todd D. Carpenter*